UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BURCIAGA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES BANH, *et al*.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:17-cv-00200 DAD-BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE NO LATER THAN **MARCH 31, 2017** |

    Plaintiff is a Fresno County Jail inmate proceeding pro se in this civil action. (Doc. 1). Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Accordingly, IT IS HEREBY ORDERED that:

    **No later than March 31, 2017**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **February 14, 2017**            /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE